EDWARD ROWE, Respondent, *v.* ISABEL H. GERRY, Appellant, and THE EAST NORWALK LUMBER COMPANY et al., Respondents.

*Rowe* v. *Gerry*, 112 App. Div. 358, affirmed.
(Argued April 29, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose mechanics' liens.

*Henry G. K. Heath* for appellant.

*Milo J. White* for plaintiff, respondent.

*J. Mortimer Bell* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.